IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 07 2017

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-369 MV |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| ) | Felon in Possession of a Firearm. |
| **CRUZ ABEITA**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about February 4, 2016, in Cibola County, in the District of New Mexico, the defendant, **CRUZ ABEITA**, having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, to wit, false imprisonment, knowingly possessed, in and affecting commerce, a firearm.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

2/3/2017 11:26 AM